COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Glenn Herbert Johnson v. Harris County; City of Houston; Houston Independent School District; Houston Community College System; Port of Houston Authority; Harris County Flood Control District; Harris County Hospital District; Harris County Department of Education; and Harris County Appraisal District |
| Appellate case number: | 01-18-00783-CV |
| Trial court case number: | 1063034 |
| Trial court: | County Civil Court at Law No. 2 of Harris County |

Appellant, Glenn Herbert Johnson, has filed a notice of the appeal of the trial court's final judgment, signed on July 31, 2018. Appellant's brief initially was due on October 19, 2018. After we granted his motions for an extension, appellant's brief was due by January 10, 2019, with no further extensions absent extraordinary circumstances. On January 18, 2019, the Clerk of this Court notified appellant that neither a brief nor a motion for extension of time had been filed and that, if a brief or a motion for extension was not filed by January 28, 2019, the Court might dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.6(d), 38.8(a)(1),42.3. Appellant has filed a motion to extend the time to file a brief to March 1, 2019. Appellees have filed an objection to appellant's motion and a motion to dismiss the appeal.

Appellant's motion to extend time is **granted**. Appellant's brief is due to be filed no later than **March 1, 2019**. *See* TEX. R. APP. P. 38.6(d). **No further extensions will be granted.**

Appellees' motion to dismiss the appeal is **denied**.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd_____
                    ☑ Acting individually    ☐ Acting for the Court

Date: __February 7, 2019___